# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRANDON MICHAEL LADELL, | NO. CV 11-2985 JHN (FMO) |
| Petitioner, | |
| v. | **JUDGMENT** |
| MATTHEW CATE, Secretary of Corrections, | |
| Respondent. | |

IT IS ADJUDGED that the above-captioned action is dismissed without prejudice.

DATED: April 22, 2011.

JACQUELINE H. NGUYEN
UNITED STATES DISTRICT JUDGE